May 27, 2005

Ms. Jennifer Bruch Hogan
Hogan & Hogan, L.L.P.
700 Louisiana Street, Suite 4200
Houston, TX 77002-1635
Mr. Russell H. McMains
Law Offices of Russell H. McMains
P.O. Box 2846
Corpus Christi, TX 78403

RE: Case Number: 03-0497
 Court of Appeals Number: 14-00-01177-CV
 Trial Court Number: 98-48856

Style: DOLORES ROMERO, ET AL.
 v.
 KPH CONSOLIDATION, INC. D/B/A COLUMBIA KINGWOOD MEDICAL CENTER

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause. (Justice Brister and Justice
Johnson not sitting)

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Charles |
| |Bacarisse |
| |Mr. Ed Wells |
| |Mr. Charles W. |
| |Bailey |
| |Mr. Michael S. Hull |
| |Mr. P. Michael Jung |
| |Mr. Harvey G. Brown |
| |Jr. |